UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**50 Years Is Enough**, et al., )
)
    Plaintiffs, )
)
v. ) Civil Action No. **01-0811 (PLF)**
)
**DISTRICT OF COLUMBIA**, et al., )
) **FILED**
    Defendants. )
) JAN - 3 2002
)
_____)

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

UPON CONSIDERATION of the Federal Defendants' Motion for an Enlargement of Time, and for good cause shown, it is this 2'd day of January, 200⅔.

— nunc pro tunc

ORDERED that the Federal Defendants' Motion for an Enlargement of Time is GRANTED, and it is further

ORDERED that the Federal Defendants FBI, ATF, National Park Police and National Park Service shall have up to and including December 26, 2001 to hand-deliver their initial disclosures to plaintiffs; and it is further

ORDERED that the Federal Defendants DEA, Secret Service, and the Capitol Police shall have up to and including December 28, 2001 to hand-deliver their initial disclosures to plaintiffs; and it is further

ORDERED that the Federal Defendant FEMA shall have up to and including January 4, 2001 to hand-deliver its initial disclosures to plaintiffs; and it is further



ORDERED that within seven days of the entry of a protective order in this case the Federal Defendants shall disclose any and all documents withheld or redacted from the initial disclosures that Federal Defendants contend is subject to the protective order.

1/2/02
DATE

UNITED STATES DISTRICT JUDGE

Copies to:

Mara Verheyden-Hilliard
Partnership For Civil Justice,
1901 Pennsylvania Avenue, NW
Suite 607
Washington, D.C. 20006

Thomas Kroger
Office of the Corp. Counsel
441 4th St, NW
Room 6S045
Washington, D.C. 20001

James R. Klimaski
Klimaski & Grill, P.C.
1400 K Street, Suite 1400
Washington, D.C. 20005

Edith M. Shine, AUSA
555 4th Street, N.W.,
Room 10-449
Washington, D.C. 20530


Arthur B. Spitzer
American Civil Liberties Union
    for the Nat'l Capital Area
1400 20th Street, N.W. #119
Washington D.C. 20036

Daniel Schember
Gaffney & Schember, P.C.
1666 Connecticut Ave., N.W.
Suite 225
Washington, D.C.  20009

Zachary Jay Wolf
National Lawyer's Guild
1901 Pennsylvania Avenue, NW
Suite 607
Washington, D.C. 20006