# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR GLOBAL JUSTICE, et al., | ) )  )  ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| DISTRICT OF COLUMBIA, et al., | ) ) ) |
| Defendants. | ) ) ) |

Case No. 01-CV-811 (PLF/JMF)

**FILED**

JUL 3 0 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of Plaintiffs' Partial Consent Motion for Enlargement of Time, Nunc Pro Tunc, to File a Reply in Support of Motion for Enlargement of Discovery Period, any opposition thereto, and the record herein, it is this ___ day of July, 2003, hereby:

ORDERED that Plaintiffs' Motion be, and the same hereby is, GRANTED; and it is further

ORDERED that Plaintiffs may file a Reply in support of their Motion for Enlargement of Discovery Period To Provide for Final Phase of Discovery on or before August 1, 2003.

_____
UNITED STATES DISTRICT JUDGE

copies to:

Carl Messineo
Mara Verheyden-Hilliard
Zachary Wolfe
PARTNERSHIP FOR CIVIL JUSTICE
1901 Pennsylvania Avenue, NW, Suite 607
Washington, DC 20006

Leonard Weinglass
W. 20th Street
Suite 10A
New York, NY 10011

Richard Love
Office of the Corporation Counsel
441 4th Street, NW
Room 6S045
Washington, DC 20001

Robert Leidenheimer
Assistant U.S. Attorney
555 4th Street, NW
Room 10-816
Washington, DC 20530