UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Alliance for Global Justice**, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. **01-0811 (PLF) / (JF)** |
| | ) |
| **District of Columbia**, et al., | ) |
| | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL

Plaintiffs and Defendants by and through their duly authorized undersigned counsel, hereby stipulate and agree that Count VII (Exclusion Zone; April 2000) is dismissed with prejudice[1] pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with each side to bear its own costs, if any.

Respectfully submitted,

_____
MARA VERHEYDEN-HILLIARD ( #450031)
CARL MESSINEO (#450033)

on behalf of
PARTNERSHIP FOR CIVIL JUSTICE and the
National Lawyers Guild, Mass Defense Committee
1901 Pennsylvania Avenue, NW
Suite 607
Washington, D.C. 20006
Tel: 530-5630

COUNSEL FOR PLAINTIFFS

---

[1] Plaintiffs and Defendants assert different reasons or bases for the dismissal of this Count. There is, however, unconditional agreement by the parties that this claim shall not be advanced in this matter and is therefore submitted for dismissal with prejudice.

*/s/ Kenneth L. Wainstein*
KENNETH L. WAINSTEIN, DC Bar # 451058
United States Attorney

*/s/ R. Craig Lawrence*
R. CRAIG LAWRENCE, DC Bar # 171538
Assistant United States Attorney

_____
EDITH M. SHINE. DC Bar #420959
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Room 10-449
Washington, D.C. 20530
Tes: (202) 307-1249

COUNSEL FOR FEDERAL DEFENDANTS


ROBERT J. SPAGNOLETTI
Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Richard S. Love*
RICHARD S. LOVE [400445]
Section Chief
Equity Section I

*/s/ Thomas L. Koger*
THOMAS L. KOGER [427921]
MARTHA J. MULLEN [419036]
Senior Litigation Counsel
Equity Section I
Office of the Attorney General for the
District of Columbia
441-4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6610

ATTORNEYS FOR DEFENDANTS

TERRENCE GAINER, CHIEF RAMSEY, AND THE DISTRICT