UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLIANCE FOR GLOBAL JUSTICE,** *et al.*, : | |
| **Plaintiffs,** : | |
| v. : | Case No. 01-00811 (PLF)(JMF) |
| **DISTRICT OF COLUMBIA,** *et al.*, : | |
| **Defendants.** : | |

**CONSENT MOTION
FOR ENLARGEMENT OF TIME, UNTIL NOVEMBER 15, 2004, WITHIN WHICH
PLAINTIFFS MAY PROVIDE REMAINING RESPONSES TO DISCOVERY**

Plaintiffs, with consent of opposing counsel, respectfully moves the Court for an extension of the time, up to and including November 15, 2004, within which plaintiffs may provide their remaining responses to discovery propounded by defendants.

Plaintiffs are endeavoring to provide responses for over two dozen parties, and have already provided hundreds of pages of substantive and detailed responses, as opposed to cursory answers, as well as thousands of pages of documents. Plaintiffs are dispersed across the country, and preparation of the few remaining responses have required repeated consultation with multiple individuals.

However, plaintiffs require and respectfully request an enlargement, up to and including November 15, 2004, within which to provide the few outstanding responses.

1

Respectfully submitted,

_____
Mara Verheyden-Hilliard (#450031)
Carl Messineo (#450033)

on behalf of
PARTNERSHIP FOR CIVIL JUSTICE and the
NATIONAL LAWYERS GUILD
 MASS DEFENSE COMMITTEE

1901 Pennsylvania Ave., N.W.
Suite 607
Washington, D.C. 20006
(202) 530-5630
(202) 530-5634 - facsimile

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLIANCE FOR GLOBAL JUSTICE**, *et al.*, | : |
| **Plaintiffs,** | : |
| v. | : Case No. 01-00811 (PLF)(JMF) |
| **DISTRICT OF COLUMBIA**, *et al.*, | : |
| **Defendants.** | : |

## ORDER

Upon consideration of plaintiffs' Consent Motion for Enlargement of Time, Until November 15, 2004, Within Which Plaintiffs May Provide Remaining Responses to Discovery, it is this ____ day of October, 2004, hereby

ORDERED that the motion and request for enlargement is hereby GRANTED; and it is

FURTHER ORDERED that the time within which Plaintiffs may provide the remaining responses to defendants' discovery requests is enlarged, up to and including, November 15, 2004.

_____
Paul L. Friedman
United States District Judge