UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR GLOBAL JUSTICE, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Case No. 01-00811 (PLF)(JMF) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Defendants. | : |

**CONSENT MOTION
FOR ENLARGEMENT OF TIME, UNTIL MARCH 7, 2005, WITHIN WHICH
PLAINTIFFS MAY FILE THEIR OBJECTIONS AND MOTION FOR
RECONSIDERATION REGARDING THE MAGISTRATE JUDGE'S FEBRUARY 7
REPORT AND RECOMMENDATION**

Plaintiffs, with consent of opposing counsel, respectfully moves the Court for an extension of the time, up to and including March 7, 2005 within which plaintiffs may provide file their objections and motion for reconsideration regarding the Magistrate Judge's February 7, 2005 Report and Recommendation.

The objections and motion are currently required to be filed by this Friday, February 25, 2005.

However, on January 20, 2005, Ms. Verheyden-Hilliard gave birth to undersigned counsels' child. Ms. Verheyden-Hilliard has been on maternity leave, and Mr. Messineo is now on partial paternity leave. These circumstances necessitate the relief requested herein.

Counsel for the District of Columbia and the federal defendants have consented to the relief requested herein.

1

Respectfully submitted,

_____
Mara Verheyden-Hilliard (#450031)
Carl Messineo (#450033)

on behalf of
PARTNERSHIP FOR CIVIL JUSTICE and the
NATIONAL LAWYERS GUILD
 MASS DEFENSE COMMITTEE

1901 Pennsylvania Ave., N.W.
Suite 607
Washington, D.C. 20006
(202) 530-5630
(202) 530-5634 - facsimile

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLIANCE FOR GLOBAL JUSTICE**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DISTRICT OF COLUMBIA**, *et al.*, <br><br> **Defendants.** | : <br> : <br> : <br> : <br> : Case No. 01-00811 (PLF)(JMF) <br> : <br> : <br> : <br> : <br> : |

## ORDER

Upon consideration of plaintiffs' Consent Motion for Enlargement of Time, Until March 7, 2005, Within Which Plaintiffs May File Their Objections and Motion for Reconsideration Regarding the Magistrate Judge's February 7, 2005 Report and Recommendation, it is this ____ day of _____, 2005, hereby

ORDERED that the motion and request for enlargement is hereby GRANTED; and it is

FURTHER ORDERED that the time within which Plaintiffs may file their Objections and Motion for Reconsideration Regarding the Magistrate Judge's February 7, 2005 Report and Recommendation is enlarged, up to and including, March 7, 2005.

_____
Paul L. Friedman
United States District Judge