UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR GLOBAL JUSTICE, *et al.*, :<br>:<br>Plaintiffs, :<br>:<br>v. :<br>:<br>DISTRICT OF COLUMBIA, *et al.*, :<br>:<br>Defendants. :<br>: | Case No. 01-00811 (PLF)(JMF) |

## PROTECTIVE ORDER

Upon consideration of the motion of defendant District of Columbia for a protective order, the memorandum of points and authorities in support thereof, the opposition of the plaintiff, the entire record herein and for good cause shown, it is this _____ day of _____ 2005,

ORDERED, that the motion be and the same hereby is granted, and it is further

ORDERED, that plaintiff is precluded from deposing Mayor Anthony A. Williams in this matter.

_____
JOHN M. FACCIOLA
United States Magistrate Judge

Serve upon:

Thomas L. Koger
Lori S. Parris
Office of the Attorney General
    for the District of Columbia
441 Fourth Street, N.W.

Suite 6S011
Washington, DC 20001

Carl Messineo, Esquire
Mara Verheyden-Hilliard, Esquire
Merrilyn Onisko
Partnership for Civil Justice
1901 Pennsylvania Avenue, NW
Suite 607
Washington, D.C. 20006

Peter Smith
United States Attorney's Office
555 Fourth Street, NW
Washington, D.C. 20004