UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR GLOBAL JUSTICE, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Case No. 01-00811 (PLF)(JMF) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Defendants. | : |

**PLAINTIFFS' CONSENT MOTION
FOR ENLARGEMENT OF TIME, UNTIL APRIL 29, 2005, WITHIN WHICH
PLAINTIFFS MAY FILE A CONSOLIDATED REPLY TO DISTRICT OF COLUMBIA
DEFENDANT'S AND FEDERAL DEFENDANT'S MEMORANDUM IN OPPOSITION
TO PLAINTIFFS' OBJECTIONS TO, AND
MOTION FOR RECONSIDERATION OF, THE MAGISTRATE JUDGE'S
FEBRUARY 7, 2005 REPORT AND RECOMMENDATION**

Plaintiffs, with consent of counsel for the District Defendant and counsel for the Federal Defendants, respectfully move the Court for an extension of the time, up to and including April 29, 2005, within which plaintiffs may file their consolidated response to each defendant's opposition to plaintiffs' objections to, and motion for reconsideration of, the magistrate judge's February 7, 2005 report and recommendation.

Consent was sought and received from both defendants.

Neither defendants nor the proceedings will be harmed or prejudiced by the requested enlargement.

1

                                  Respectfully submitted,

April 20, 2005                         __/s/_____
                                         Mara Verheyden-Hilliard (#450031)
                                         Carl Messineo (#450033)
                                         Merrilyn Onisko
                                         on behalf of
                                         PARTNERSHIP FOR CIVIL JUSTICE and the
                                         NATIONAL LAWYERS GUILD
                                         MASS DEFENSE COMMITTEE
                                         1901 Pennsylvania Ave., N.W.
                                         Suite 607
                                         Washington, D.C. 20006
                                         (202) 530-5630
                                         (202) 530-5634 - facsimile


# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLIANCE FOR GLOBAL JUSTICE**, *et al.*, : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> **DISTRICT OF COLUMBIA**, *et al.*, : <br> : <br> Defendants. : | Case No. 01-00811 (PLF)(JMF) |

## ORDER

Upon consideration of plaintiffs' Consent Motion for Enlargement of Time, Until April 29, 2005, Within Which Plaintiffs May File a Consolidated Reply to District of Columbia Defendant's and Federal Defendant's Memorandum in Opposition to Plaintiffs' Objections to, and Motion for Reconsideration of the Magistrate Judge's February 7, 2005 Report and Recommendation , it is this ____ day of April, 2005, hereby

ORDERED that the motion and request for enlargement is hereby GRANTED; and it is

FURTHER ORDERED that the time within which Plaintiffs may file their consolidated reply is enlarged, up to and including, April 29, 2005.

_____
Paul L. Friedman
United States District Judge