## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                          :
**ALLIANCE FOR GLOBAL JUSTICE,** *et al.*,               :
                                                          :
       **Plaintiffs,**  :
                                                          :
    **v.**                            :     **Case No. 01-00811 (PLF)(JMF)**
                                                          :
**DISTRICT OF COLUMBIA,** *et al.*,                      :
                                                          :
      **Defendants.**        :
_____:

### PARTIAL CONSENT MOTION
### FOR ENLARGEMENT OF TIME, UNTIL JULY 15, WITHIN WHICH
### ORGANIZATIONAL PLAINTIFFS MAY PROVIDE REMAINING RESPONSES TO
### DISCOVERY

Plaintiffs respectfully move the Court for an extension of the time, up to and including

July 15, 2005, within which organizational plaintiffs may provide their remaining responses to

discovery propounded by defendants.

Since the Court's order was issued on June 20, Plaintiffs have filed an appellee brief

(Barham et al. v. Ramsey et al, Case No. 04-5388, 04-5389) and have had nine depositions

including three in the upcoming week. Plaintiffs, thus need and request until this Friday July 15,

to provide organizational responses to discovery.

Federal Defendants have consented to this request, and consent was requested from the

District Defendants but no response was received.  No prejudice will accrue by virtue of the

instant motion.

Respectfully submitted,


_____
Mara Verheyden-Hilliard (#450031)
Carl Messineo (#450033)
on behalf of
PARTNERSHIP FOR CIVIL JUSTICE and the
NATIONAL LAWYERS GUILD
 MASS DEFENSE COMMITTEE
1901 Pennsylvania Ave., N.W.
Suite 607
Washington, D.C. 20006
(202) 530-5630
(202) 530-5634 - facsimile

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| **ALLIANCE FOR GLOBAL JUSTICE**, *et al.*, | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| **v.** | :  **Case No. 01-00811 (PLF)(JMF)** |
| | : |
| **DISTRICT OF COLUMBIA**, *et al.*, | : |
| | : |
| **Defendants.** | : |

_____:

**ORDER**

Upon consideration of plaintiffs' Partial Consent Motion for Enlargement of Time, Until July 15, 2005, Within Which Plaintiffs May Provide Remaining Organizational Responses to Discovery, it is this ____ day of July, 2005, hereby

ORDERED that the motion and request for enlargement is hereby GRANTED; and it is

FURTHER ORDERED that the time within which Plaintiffs may provide the remaining organizational responses to defendants' discovery requests is enlarged, up to and including, July 15, 2005.

_____
Paul L. Friedman
United States District Judge