UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLIANCE FOR GLOBAL JUSTICE, ET AL.,**<br>    Plaintiffs,<br><br>    v.<br><br>**DISTRICT OF COLUMBIA, ET AL.,**<br>    Defendants. | Civil Action No. 01-00811<br><br>(PLF/JMF) |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is, hereby, **ORDERED** that defendant's Motion for a Protective Order [#178] is **GRANTED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: