**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALLIANCE FOR GLOBAL JUSTICE,<br>    et al., | ) <br> ) <br> ) | |
|     Plaintiffs, | ) <br> ) | Case No.: 01-CV-00811 (PLF)(JMF) |
| v. | ) <br> ) | |
| DISTRICT OF COLUMBIA,<br>    et al., | ) <br> ) <br> ) | |
|     Defendants. | ) <br> ) | |

**(AMENDED)
CONSENT MOTION FOR ENLARGEMENT OF TIME
FOR PLAINTIFFS TO FILE OPPOSITIONS TO FEDERAL DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT**

    Plaintiffs herein respectfully request they be granted an enlargement of time, until January 19, 2006 within which to respond to Federal Defendants' Motion for Summary Judgment.

    Counsel for the Federal Defendants has consented to the relief requested. Counsel for the District of Columbia have advised that they will not oppose.

    The request is submitted in order that the undersigned counsel be able to complete the opposition motion in light of pressing litigation obligations. Undersigned counsel has been required to travel to New York for full day depositions this week and next, followed by a hearing the following week in New York, in addition to depositions in DC this week and next, and drafting obligations including responses to substantial Motions to Dismiss or for Summary Judgment in other civil rights cases on either side of the holiday period.

                                        Respectfully submitted,

December 1, 2005                          /s/_____
                                              Carl Messineo (#450033)
                                              Mara Verheyden-Hilliard (#450031)
                                              PARTNERSHIP FOR CIVIL JUSTICE, and
                                              NATIONAL LAWYERS GUILD
                                              MASS DEFENSE COMMITTEE
                                              1901 Pennsylvania Ave., N.W., Ste 607
                                              Washington, D.C. 20006
                                              (202) 530-5630