UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR GLOBAL JUSTICE, et al., | ) ) ) |
| Plaintiffs, | ) ) Case No.: 01-CV-00811 (PLF)(JMF) |
| v. | ) ) |
| DISTRICT OF COLUMBIA, et al., | ) ) ) |
| Defendants. | ) ) |

**MOTION FOR ONE-DAY EXTENSION OF TIME FOR PLAINTIFFS TO FILE THEIR AMENDED MOTION TO COMPEL**

Plaintiffs herein respectfully request they be granted an enlargement of time of one business day, until January 13, 2006 within which to file their Amended Motion to Compel the District of Columbia to Produce a Deponent on Behalf of the Municipal Defendant to Testify Based on the Collective Knowledge of the Municipal Defendant.

Counsel for Plaintiffs have sought to obtain consent from counsel for Defendants. At the time of the filing of this enlargement motion, they could not be reached. Counsel for Plaintiffs will apprise the Court when communication with Defendants' counsel has been established.

The request is submitted in order that the undersigned counsel be able to complete the motion in light of other briefing obligations that have arisen in the same period. A one-day extension will allow undersigned counsel to complete the motion and will not prejudice either party.

                              Respectfully submitted,

January 12, 2006                              _/s/_____
                                                  Carl Messineo (#450033)
                                                  Mara Verheyden-Hilliard (#450031)
                                                  PARTNERSHIP FOR CIVIL JUSTICE, and
                                                  NATIONAL LAWYERS GUILD
                                                  MASS DEFENSE COMMITTEE
                                                  1901 Pennsylvania Ave., N.W., Ste 607
                                                  Washington, D.C. 20006
                                                  (202) 530-5630