**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALLIANCE FOR GLOBAL JUSTICE,  )<br>　　et al.,　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiffs,　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>DISTRICT OF COLUMBIA,　　　　　　　)<br>　　et al.,　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　Defendants.　　　　　　　　　)<br>_____) | Case No.: 01-CV-00811 (PLF)(JMF) |

**CONSENT MOTION FOR FURTHER ENLARGEMENT OF TIME FOR PLAINTIFFS TO FILE OPPOSITION TO FEDERAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

　　Plaintiffs herein respectfully request they be granted an enlargement of time, until March 10, 2006 within which to respond to Federal Defendants' Motion for Summary Judgment, and until April 12, 2006 within which for Federal Defendants to submit their reply.

　　Counsel for Federal Defendants have consented to the relief requested, and request their reply be due on April 12, 2006.

　　Plaintiffs seek this enlargement of time in light of undersigned counsel's existing litigation obligations in the recent and upcoming period of time, including multiple major briefing obligations in other constitutional rights cases so far this month, as well as having submitted a substantial brief in the above captioned case on a pending discovery matter. For the remaining days of this month counsel has three oppositions to dispositive motions due as well as a court appearance in New York. In February, counsel has two more oppositions to dispositive motions due and has nine depositions scheduled.

　　This enlargement will not prejudice any party.

                                            Respectfully submitted,

January 19, 2006                         /s/_____
                                          Carl Messineo (#450033)
                                          Mara Verheyden-Hilliard (#450031)
                                          PARTNERSHIP FOR CIVIL JUSTICE, and
                                          NATIONAL LAWYERS GUILD
                                          MASS DEFENSE COMMITTEE
                                          1901 Pennsylvania Ave., N.W., Ste 607
                                          Washington, D.C. 20006
                                          (202) 530-5630