UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ALLIANCE FOR GLOBAL JUSTICE,** *et al.*,

    Plaintiffs,

    v.

**DISTRICT OF COLUMBIA,** *et al.*,

    Defendants.

Civil Action No. 01-0811
(PLF/JMF)

**ORDER**

In accordance with the accompanying memorandum opinion, it is, hereby, **ORDERED** that Defendant District of Columbia's Amended Motion for Protective Order [#210] is **GRANTED in part and DENIED in part**; and it is furthered **ORDERED** that Plaintiff's Amended Motion to Compel the District of Columbia to Produce a Deponent on Behalf of the Municipal Defendant to Testify Based on the Collective Knowledge of the Municipal Defendant [#214] is **GRANTED in part and DENIED in part**.

    **SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: