**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALLIANCE FOR GLOBAL JUSTICE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al., )<br>)<br>Defendants. )<br>_____) | Case No.: 01-CV-00811 (PLF)(JMF) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANT DISTRICT OF COLUMBIA'S OBJECTIONS TO AND MOTION FOR RECONSIDERATION OF AND/OR APPEAL FROM JUNE 15, 2006 DECISION AND ORDER**

Plaintiffs herein respectfully request they be granted an enlargement of time, until July 28, 2006 within which to respond to Defendant District of Columbia's Objections to and Motions for Reconsideration of and/or Appeal from June 15, 2006 Decision and Order.

Counsel for the District of Columbia have consented to the relief requested.

Plaintiffs' counsel seeks this enlargement of time in light of existing litigation obligations. Undersigned counsel currently have a reply brief to a dispositive motion in another constitutional rights matter and an opposition brief in a domestic violence case in D.C. Superior Court due on Friday, July 14, 2004, as well as a hearing on a motion for summary judgment in the Southern District of New York on a constitutional rights matter next week. The relief requested herein would allow plaintiffs to complete the filing.

The relief requested does not prejudice any party.

July 13, 2006                              Respectfully submitted,


                                                                                     /s/_____
                                            Carl Messineo (#450033)
                                            Mara Verheyden-Hilliard (#450031)
                                            PARTNERSHIP FOR CIVIL JUSTICE
                                            10 G Street, NE Suite 650
                                            Washington, DC 20002
                                            (202) 789-4330
                                            (202)789-4333 fax