## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ALLIANCE FOR GLOBAL JUSTICE,   )
    et al.,   )
    )
    Plaintiffs,   )     Case No.: 01-CV-00811 (PLF)(JMF)
    )
    v.   )
    )
DISTRICT OF COLUMBIA,   )
    et al.,   )
    )
    Defendants.   )
_____)

## PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT OF TIME
## FOR PLAINTIFFS TO FILE OPPOSITIONS TO DISTRICT DEFENDANTS' MOTIONS
## FOR  SUMMARY JUDGMENT

Plaintiffs herein respectfully request they be granted an enlargement of time, until January 15, 2007 within which to respond to Defendant District of Columbia's Motion for Partial Summary Judgment, and Defendants Chief Charles H. Ramsey's and Terrance W. Gainer's Motion for Summary Judgment.

Counsel for the District of Columbia have consented to the relief requested herein.

The request is submitted in order that the undersigned counsel be able to complete the opposition motion in light of multiple other briefing and litigation obligations, including two oppositions to dispositive motions due next week in other protest related cases and responsibility for representing a class of plaintiffs in a matter currently in mediation with a deadline set by the Court for the first week of January.

No party will be prejudiced by this request.

1

Respectfully submitted,

December 15, 2006                    _/s/_____

Carl Messineo (#450033)
Mara Verheyden-Hilliard (#450031)
PARTNERSHIP FOR CIVIL JUSTICE
10 G Street, NW Suite 650
Washington, DC 20002
(202) 789-4330
(202) 789-4333 fax