**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALLIANCE FOR GLOBAL JUSTICE, et al., | )<br>)<br>) |
| Plaintiffs, | )  Case No.: 01-CV-00811 (PLF)(JMF) |
| v. | )<br>) |
| DISTRICT OF COLUMBIA, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

**PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT OF TIME**
**TO FILE OPPOSITION TO**
**DEFENDANTS CHARLES H. RAMSEY'S AND TERRANCE W. GAINER'S**
**MOTION FOR SUMMARY JUDGMENT**

Plaintiffs herein respectfully request they be granted an enlargement of time, until January 29, 2007 within which to respond to Defendants Chief Charles H. Ramsey's and Terrance W. Gainer's Motion for Summary Judgment.

Counsel for the District of Columbia have consented to the relief requested herein, and request that their reply to this dispositive motion and reply to Defendant District of Columbia's Motion for Partial Summary Judgment be due on the same day on the date appropriate to the latter of the two opposition filings.

The request is submitted in order that the undersigned counsel be able to complete the opposition motion as counsel has been involved in an emergency capital case which required multiple filings in the last two weeks. The parties are also in communication regarding disposition of certain claims not in dispute.

1

No party will be prejudiced by this request.

                                      Respectfully submitted,

January 16, 2007                      _/s/_____

                                      Carl Messineo (#450033)
                                      Mara Verheyden-Hilliard (#450031)
                                      PARTNERSHIP FOR CIVIL JUSTICE
                                      10 G Street, NW Suite 650
                                      Washington, DC 20002
                                      (202) 789-4330
                                      (202) 789-4333 fax