UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR GLOBAL JUSTICE,   )<br>    et al.,                            )<br>                                        )<br>        Plaintiffs,            )<br>                                        )<br>          v.                    )<br>                                        )<br>DISTRICT OF COLUMBIA,          )<br>    et al.,                            )<br>                                        )<br>        Defendants.         )<br>_____) | Case No.: 01-CV-00811 (PLF)(JMF) |

**PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT OF TIME
TO FILE OPPOSITION TO
DEFENDANTS CHARLES H. RAMSEY'S AND TERRANCE W. GAINER'S
MOTION FOR SUMMARY JUDGMENT**

Plaintiffs herein respectfully request they be granted an enlargement of time, until February 9, 2007 within which to respond to Defendants Chief Charles H. Ramsey's and Terrance W. Gainer's Motion for Summary Judgment.

Counsel for Ramsey and Gainer have consented to the relief requested herein, and request that their reply to this dispositive motion and reply to Defendant District of Columbia's Motion for Partial Summary Judgment be due on the same day on the date appropriate to the latter of the two opposition filings.

The request is submitted in order that the undersigned counsel be able to complete the opposition motion in light of existing litigation obligations. Counsel is involved in an emergency capital matter, and has taken three depositions last week in another protest related case.  The parties are also in communication regarding disposition of certain claims not in dispute. The

relief requested would enable counsel to complete the opposition brief.

    No party will be prejudiced by this request.

                              Respectfully submitted,

January 29, 2007                          _/s/_____

                              Carl Messineo (#450033)
                              Mara Verheyden-Hilliard (#450031)
                              PARTNERSHIP FOR CIVIL JUSTICE
                              10 G Street, NW Suite 650
                              Washington, DC 20002
                              (202) 789-4330
                              (202) 789-4333 fax